IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**WILLIAM BRECK MCMULLAN**                                                  **PETITIONER**

**v.**                                                    **CIVIL NO. 1:25-cv-5-HSO-RPM**

**SHERIFF JOHN LEDBETTER**                                              **RESPONDENT**

## FINAL JUDGMENT OF DISMISSAL

In accordance with its Order entered herewith dismissing this habeas petition, the Court hereby enters judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this Petition [1] for a Writ of Habeas Corpus under 28 U.S.C. § 2241 is **DISMISSED WITH PREJUDICE**.  Any claims for habeas relief under 28 U.S.C. § 2254 are **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 10th day of June, 2025.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE